**UNITED STATES CIRCUIT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:21-cv-23038

THOMAS KIMBRO, on behalf of
himself and all others similarly situated,

    Plaintiff,                                        **CLASS ACTION**

v.                                                  **JURY DEMAND**

STERLING JEWELERS INC., d/b/a
JARED THE GALLERIA OF JEWELRY,

    Defendant.
_____/

**SUMMONS IN A CIVIL CLASS ACTION**

TO:     STERLING JEWELERS INC., d/b/a
           JARED THE GALLERIA OF JEWELRY
           *C/o of its Registered Agent*
           CT CORPORATION SYSTEM
           1200 S. PINE ISLAND ROAD
           PLANTATION, FL 33324

A Class Action Lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                                              By: */s/ Michael A. Citron*
                                              Michael A. Citron, Esq.
                                              Florida Bar No. 105083
                                              **MAC LEGAL, P.A.**
                                              4601 Sheridan Street, Suite 205

Hollywood, Florida 33021
Telephone: (954) 395-2954
Email: Michael@maclegalpa.com – Correspondence
Email: Service@maclegalpa.com – Service Address

Igor Hernandez, Esq.
Florida Bar No. 106386
**CORNISH HERNANDEZ GONZALEZ, PLLC**
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Telephone: (305) 780-6058
Email: service@CHGLawyers.com
Email: ihernandez@chglawyers.com

Ely R. Levy, Esq.
Florida Bar No. 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
**LEVY & PARTNERS, PLLC**
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
Email: elevy@lawlp.com – Service Address
Email: venessa@lawlp.com – Service Address
Email: Maritza@lawlp.com – Service Address

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Dated: _____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk