UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-23038-COOKE/DAMIAN

THOMAS KIMBRO, *on behalf of himself
and all others similarly situated*,

    Plaintiff,

vs.

STERLING JEWELERS INC. *doing business as*
JARED THE GALLERIA OF JEWELRY,

    Defendant.
_____/

**ORDER OF DISMISSAL AND RETENTION
OF JURISDICTION TO ENFORCE AGREEMENT**

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* ECF No. 34. Except as otherwise agreed, each party shall bear their own costs and fees. The Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 14th day of June 2022

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*